87 A.3d 769

RAYMOND JACKSON, APPELLANT–PETITIONER, v. NEW
JERSEY DEPARTMENT OF CORRECTIONS,
RESPONDENT–RESPONDENT.

February 4, 2014.

ORDERED that the petition for certification is granted and the order of the Superior Court, Appellate Division, dismissing petitioner's appeal is summarily reversed, and the matter is remanded to the Appellate Division for that court to issue a new briefing schedule and consider the appeal on the merits. Jurisdiction is not retained.

87 A.3d 769

GMAC MORTGAGE, LLC, PLAINTIFF, v. CLYDE FRASER
AND TOYE FRASER, DEFENDANTS–PETITIONERS.

February 14, 2014.

Denied.

87 A.3d 769

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JULIUS SMITH, DEFENDANT–PETITIONER.

February 14, 2014.

ORDERED that the petition for certification is granted limited to the issue of whether the trial court should have granted defendant's motion for a mistrial or, alternatively, granted a continuance to allow defendant to investigate the newly discovered evidence revealed during Trial.